Kevin R. Anderson (4786)
Jocelyn Rick (9508)
Kellie K. Nielsen (11416)
OFFICE CHAPTER 13 TRUSTEE
405 South Main St., Suite 600
Salt Lake City, UT 84111
Telephone:   (801) 596-2884
Facsimile:    (801) 596-2898
Email: kratrusteemail@ch13kra.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re: | Case No. 10-34397 |
|---|---|
| CHRISTOPHER MICHAEL JOHN VAN DER STAPPEN<br>CARA DAWN VAN DER STAPPEN<br><br>Debtors. | Chapter 13<br>Judge R. Kimball Mosier<br>(Confirmation Hearing: *01/04/11 at 11:00 AM*) |

### TRUSTEE'S OBJECTION TO EXEMPTION

Pursuant to Fed. R. Bankr. P. 4003(b), Kevin R. Anderson, Standing Chapter 13 Trustee, hereby objects to the exemption claimed in Schedule C on the following grounds:

1.      The Debtors filed their Chapter 13 petition for relief on 10/18/2010, and the First Meeting of Creditors under § 341 was held on 11/29/10.

2.      The Debtors' Schedule B lists an interest in a vacuum valued at $1,000.

3.      On Schedule C, Debtors claim the entire amount as exempt under Utah Code Ann. § 78B-5-505(1)(a)(vii)(A).

4.      Utah Code Ann. § 78B-5-505(1)(a)(vii)(A) allows an exemption in "one: clothes washer and dryer; refrigerator; freezer; stove; microwave oven; and sewing machine."

5.      The Trustee objects to this exemption because it is does not appear that a vacuum falls in the listed assets of § 78B-5-505(1)(a)(vii)(A).

6.      WHEREFORE, the Trustee objects to the Debtors' exemption claimed in the vacuum.  The Trustee hereby objects to confirmation of the Debtors' plan unless the Debtors amend Schedule C to resolve this objection or file a response to this objection.

DATED: December 1, 2010.

_____JR/s/_____
Kevin R. Anderson, Esq.
Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2010, a true and correct copy of the foregoing paper was served electronically via CM/ECF to the persons listed below.

ROBERT S. PAYNE
ECF NOTIFICATION

The undersigned hereby certifies that on December 1, 2010, a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

CHRISTOPHER MICHAEL JOHN VAN DER STAPPEN
CARA DAWN VAN DER STAPPEN
4648 FOXWOOD DRIVE
EAGLE MOUNTAIN, UT 84005

_____/s/_____
Office Chapter 13 Trustee
